JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | Case No. SACV14-00329 AG (RNBx) |
| Plaintiff, | |
| v. | **Order re: Joint Stipulation for Dismissal** |
| Apple SoCal, LLC, et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant Donahue Schriber Realty Group, L.P.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: January 7, 2015

United States District Judge
Andrew J Guilford